IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KARTHIGEYAN SEETHARMAN, et al., | ) |
| | ) Civil No. 07-967-PK |
| Plaintiff(s), | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Defendant(s). | ) |

Based on the record,

IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

Dated this 4th day of February, 2008.

by _____
Paul Papak
United States Magistrate Judge